**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Colleen R. Marshall<br>Rodney K. Marshall<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 19-17238 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Towd Point Mortgage Trust 2019-2, U.S. Bank National Association, as Indenture Trustee and index same on the master mailing list.

    Respectfully submitted,
    **/s/ Rebecca A. Solarz Esquire**
    Rebecca A Solarz, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322