UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         :        CHAPTER 13
                                               :
RODNEY AND COLLEEN MARSHALL    :
    Debtor(s)                          :        NO. 19-17238 ELF

**CERTIFICATE OF SERVICE
PLAN TO ALL CREDITORS**

    I, Kenneth E. West, Esquire, attorney for the above-debtor(s), hereby certify that on 11/25/19, a copy of the Chapter 13 Plan was served upon all creditors and the Trustee (either by regular mail or electronic delivery) to the mailing address that was listed on the original matrix or to the updated mailing address (or email address) as listed on the proof of claim.

Dated: January 2, 2020                                 */s/ Kenneth E. West*
                                                              KENNETH E. WEST, ESQUIRE
                                                             Douglass, West & Associates
                                                             830 Lansdowne Avenue
                                                             Drexel Hill, PA  19026
                                                             Phone No.:     610-446-9000
                                                             Fax No.:         610-449-5380
                                                             Counsel for Debtor(s)