# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                CHAPTER 13

GILBERT LEROY COOK and
ANGELA MICHELLE COOK,                NO. 19-17236 AMC
                 Debtor(s)

## CERTIFICATION OF NO OBJECTION
## TO ATTORNEY FEE APPLICATION

With no objection having been served on Counsel for Debtor(s), Kenneth E. West, Esquire, of Douglass, West & Associates, it is hereby requested that an Order be entered approving attorney's fees in the above matter.

                                                                 Respectfully submitted,

                                                                  */s/Kenneth E. West*
                                                                  KENNETH E. WEST, ESQUIRE
                                                                  Douglass, West & Associates
                                                                  830 Lansdowne Avenue
                                                                  Drexel Hill, PA  19026
                                                                  Phone No.:    610-446-9000
                                                                  Fax No.:       610-449-5380
                                                                  Counsel for Debtor(s)

Date:  2/13/20