**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| RODNEY K. MARSHALL and | |
| COLLEEN R. MARSHAL, | NO. 19-17238 ELF |
| Debtor(s) | |

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK:

Kindly withdraw without the document, filed under Docket Entry #24 which is an incorrect filing.

Respectfully submitted,

Date: 2/13/20

/s/Kenneth E. West
KENNETH E. WEST, ESQUIRE
Douglass, West & Associates
830 Lansdowne Avenue
Drexel Hill, PA  19026
Phone No.:    610-446-9000
Fax No.:       610-449-5380
Counsel for Debtor(s)