# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| RODNEY K. MARSHALL and COLLEEN R. MARSHALL | NO. 19-17238 ELF |
| Debtor(s) | |

## CERTIFICATION OF NO OBJECTION
## TO ATTORNEY FEE APPLICATION

With no objection having been served on Counsel for Debtor(s), Kenneth E. West, Esquire, of Douglass, West & Associates, it is hereby requested that an Order be entered approving attorney's fees in the above matter.

Respectfully submitted,

/s/Kenneth E. West
KENNETH E. WEST, ESQUIRE
Douglass, West & Associates
830 Lansdowne Avenue
Drexel Hill, PA  19026
Phone No.:    610-446-9000
Fax No.:      610-449-5380
Counsel for Debtor(s)

Date:  2/14/20