United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rodney K. Marshall  
Colleen R. Marshall  
    Debtors

Case No. 19-17238-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Virginia     Page 1 of 1     Date Rcvd: Mar 12, 2020  
                       Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14437634      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 13 2020 03:18:19  
      Resurgent Capital Services as servicing agent for,    Best Egg,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                                                         TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:
        JEROME B. BLANK    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION paeb@fedphe.com  
        KENNETH E. WEST    on behalf of Debtor Rodney K. Marshall dwabkty@aol.com, G6211@notify.cincompass.com  
        KENNETH E. WEST    on behalf of Joint Debtor Colleen R. Marshall dwabkty@aol.com, G6211@notify.cincompass.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Towd Point Mortgage Trust 2019-2, U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION paeb@fedphe.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                    TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-17238-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Rodney K. Marshall<br>82 Hill Crest Road<br>Marietta PA 17547 | Colleen R. Marshall<br>82 Hill Crest Road<br>Marietta PA 17547 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/11/2020.

Name and Address of Alleged Transferor(s):

Claim No. 5: Resurgent Capital Services as servicing agent for, Best Egg, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587

Name and Address of Transferee:

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/14/20

Tim McGrath
**CLERK OF THE COURT**