UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Rodney K. Marshall<br>    Colleen R. Marshall<br><br>               Debtors | Chapter 13<br>Bankruptcy No.19-17238-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 31st day of March, 2020, by first class mail upon those listed below:

Rodney K. Marshall
Colleen R. Marshall
82 Hill Crest Road
Marietta, PA  17547

**Electronically via CM/ECF System Only:**

KENNETH E WEST ESQ
DOUGLASS WEST & ASSOCIATES
830 LANSDOWNE AVENUE
DREXEL HILL, PA  19026

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee