UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :          CHAPTER  13
                                                :
RODNEY AND COLLEEN MARSHALL    :
          Debtor(s)                            :          NO. 19-17238 PMM

### CERTIFICATE OF SERVICE
### AMENDED PLAN TO SECURED, PRIORITY AND
### ADVERSELY AFFECTED CREDITORS

I, Kenneth E. West, Esquire, attorney for the above-debtor(s), hereby certify that on July 8, 2020, a copy of the Amended Chapter 13 Plan was served upon all creditors and the Trustee (either by regular mail or electronic delivery) to the mailing address that was listed on the original matrix or to the updated mailing address (or email address) as listed on the proof of claim.

Dated:  July 8, 2020                           */s/ Kenneth E. West*
                                               KENNETH E. WEST, ESQUIRE
                                               Douglass, West & Associates
                                               830 Lansdowne Avenue
                                               Drexel Hill, PA  19026
                                               Phone No.:    610-446-9000
                                               Fax No.:      610-449-5380
                                               Counsel for Debtor(s)