Office Mailing Address:                                                                                   Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                                                 Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                                                                  P.O. Box 680
Reading, PA  19606                                                                                     Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-17238-PMM

Rodney K. Marshall                                                          Petition Filed Date: 11/18/2019
Colleen R. Marshall                                                          341 Hearing Date: 01/07/2020
82 Hill Crest Road                                                               Confirmation Date:
Marietta  PA    17547

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/06/2020 | $1,629.00 | | 02/18/2020 | $1,636.01 | | 03/09/2020 | $1,629.00 | |
| 04/07/2020 | $1,629.00 | | 05/07/2020 | $1,629.00 | | 06/11/2020 | $1,863.01 | |
| 07/07/2020 | $1,863.01 | | 08/07/2020 | $1,875.00 | | | | |

**Total Receipts for the Period: $13,753.03   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,753.03**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| 0 | Rodney K. Marshall | Debtor Refunds | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,753.03 | Current Monthly Payment: | $1,866.67 |
| Paid to Claims: | $0.00 | Arrearages: | ($1,874.87) |
| Paid to Trustee: | $1,311.67 | Total Plan Base: | $108,945.00 |
| Funds on Hand: | $12,441.36 | | |

## NOTES:

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.