# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Rodney K. Marshall<br>　　　　Colleen R. Marshall<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Towd Point Mortgage Trust 2019-2, U.S. Bank National Association, as Indenture Trustee, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　vs.<br>Rodney K. Marshall<br>Colleen R. Marshall<br>　　　　　　　　　　Debtor(s)<br>Scott Waterman<br>　　　　　　　　　　Trustee | NO. 19-17238 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of Towd Point Mortgage Trust 2019-2, U.S. Bank National Association, as Indenture Trustee, which was filed with the Court on or about **April 15, 2020, docket number 35**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By: **/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

September 4, 2020