UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :        CHAPTER 13
                                                    :
RODNEY AND COLLEEN MARSHALL    :
    Debtor(s)                                  :        NO. 19-17238 PMM

**<u>CERTIFICATE OF SERVICE
AMENDED PLAN TO SECURED, PRIORITY AND
ADVERSELY AFFECTED CREDITORS</u>**

    I, Kenneth E. West, Esquire, attorney for the above-debtor(s), hereby certify that on September 22, 2020, a copy of the Amended Chapter 13 Plan was served upon all creditors and the Trustee (either by regular mail or electronic delivery) to the mailing address that was listed on the original matrix <u>or</u> to the updated mailing address (or email address) as listed on the proof of claim.

Dated: September 22, 2020                    */s/ Kenneth E. West*
                                                                           KENNETH E. WEST, ESQUIRE
                                                                            Douglass, West & Associates
                                                                            830 Lansdowne Avenue
                                                                            Drexel Hill, PA  19026
                                                                            Phone No.:    610-446-9000
                                                                            Fax No.:        610-449-5380
                                                                            Counsel for Debtor(s)