United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Rodney K. Marshall  
Colleen R. Marshall  
    Debtor(s)

Case No. 19-17238-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Virginia      Page 1 of 2  
Date Rcvd: Oct 01, 2020      Form ID: 155      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

**Recip ID**      **Recipient Name and Address**  
db/jdb      + Rodney K. Marshall, Colleen R. Marshall, 82 Hill Crest Road, Marietta, PA 17547-9126

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**      **Bypass Reason**      **Name and Address**  
jdb      *+      Colleen R. Marshall, 82 Hill Crest Road, Marietta, PA 17547-9126

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:

**Name**      **Email Address**

JEROME B. BLANK  
     on behalf of Creditor PNC BANK NATIONAL ASSOCIATION paeb@fedphe.com

KENNETH E. WEST  
     on behalf of Debtor Rodney K. Marshall dwabkty@aol.com  G6211@notify.cincompass.com

KENNETH E. WEST  
     on behalf of Joint Debtor Colleen R. Marshall dwabkty@aol.com  G6211@notify.cincompass.com

REBECCA ANN SOLARZ  
     on behalf of Creditor Towd Point Mortgage Trust 2019-2  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com

| District/off: 0313-4 | User: Virginia | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 01, 2020 | Form ID: 155 | Total Noticed: 1 |

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Rodney K. Marshall and Colleen R. Marshall

        Debtor(s)

Chapter: 13

Bankruptcy No: 19−17238−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this October 1, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Patricia M. Mayer
                                        Judge ,
                                        United States Bankruptcy Court

                                                            47
                                                       Form 155