United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Rodney K. Marshall  
Colleen R. Marshall  
    Debtor(s)

Case No. 19-17238-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Virginia      Page 1 of 2  
Date Rcvd: Oct 01, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

Recip ID      Recipient Name and Address  
db/jdb      + Rodney K. Marshall, Colleen R. Marshall, 82 Hill Crest Road, Marietta, PA 17547-9126

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

Recip ID      Bypass Reason      Name and Address  
jdb      *+      Colleen R. Marshall, 82 Hill Crest Road, Marietta, PA 17547-9126

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:**

**Name      Email Address**

JEROME B. BLANK  
     on behalf of Creditor PNC BANK NATIONAL ASSOCIATION paeb@fedphe.com

KENNETH E. WEST  
     on behalf of Debtor Rodney K. Marshall dwabkty@aol.com G6211@notify.cincompass.com

KENNETH E. WEST  
     on behalf of Joint Debtor Colleen R. Marshall dwabkty@aol.com G6211@notify.cincompass.com

REBECCA ANN SOLARZ  
     on behalf of Creditor Towd Point Mortgage Trust 2019-2 U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com

District/off: 0313-4     User: Virginia     Page 2 of 2

Date Rcvd: Oct 01, 2020     Form ID: pdf900     Total Noticed: 1

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    CHAPTER 13

RODNEY K. MARSHALL and
COLLEEN R. MARSHALL,
          Debtor(s)                    NO. 19-17238 PMM

### ORDER

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $2,700.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and U.S.C. §33(a)(4)(B), the allowed compensation set forth in Paragraph 2., less $1,700.00 which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

BY THE COURT:

_/s/ Patricia M. Mayer_
_____
**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

**DATE: 10/1/20**