| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-17238-PMM**

Rodney K. Marshall
Colleen R. Marshall
82 Hill Crest Road
Marietta  PA    17547

Petition Filed Date: 11/18/2019
341 Hearing Date: 01/07/2020
Confirmation Date: 10/01/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $1,629.00 | | 02/18/2020 | $1,636.01 | | 03/09/2020 | $1,629.00 | |
| 04/07/2020 | $1,629.00 | | 05/07/2020 | $1,629.00 | | 06/11/2020 | $1,863.01 | |
| 07/07/2020 | $1,863.01 | | 08/07/2020 | $1,875.00 | | 09/14/2020 | $1,868.01 | |
| 10/19/2020 | $1,878.01 | | 11/17/2020 | $1,878.01 | | 12/18/2020 | $1,893.01 | |
| 01/15/2021 | $1,893.01 | | 02/12/2021 | $1,893.01 | | 03/26/2021 | $1,893.01 | |
| 04/23/2021 | $1,893.01 | | 06/01/2021 | $1,893.01 | | | | |

**Total Receipts for the Period: $30,735.12    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $30,735.12**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DOUGLASS WEST & ASSOCIATES | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 1 | BRANCH BANKING & TRUST CO »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $964.34 | $0.00 | $964.34 |
| 3 | AMERICAN INFOSOURCE LP »» 003 | Unsecured Creditors | $3,494.07 | $0.00 | $3,494.07 |
| 4 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $10,184.00 | $0.00 | $10,184.00 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $10,219.88 | $0.00 | $10,219.88 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $8,091.26 | $0.00 | $8,091.26 |
| 7 | PSECU »» 007 | Unsecured Creditors | $600.08 | $0.00 | $600.08 |
| 8 | PSECU »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | PSECU »» 009 | Unsecured Creditors | $19,995.05 | $0.00 | $19,995.05 |
| 10 | BECKET & LEE, LLP »» 010 | Unsecured Creditors | $2,452.63 | $0.00 | $2,452.63 |
| 11 | QUANTUM3 GROUP LLC as agent for »» 011 | Unsecured Creditors | $405.53 | $0.00 | $405.53 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 012 | Unsecured Creditors | $3,215.82 | $0.00 | $3,215.82 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC »» 013 | Unsecured Creditors | $750.00 | $0.00 | $750.00 |

Case 19-17238-pmm    Doc 53    Filed 06/21/21    Entered 06/21/21 14:07:10    Desc Main
Document      Page 2 of 2

**Chapter 13 Case No. 19-17238-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | PNC BANK NA<br>»» 014 | Mortgage Arrears | $37,277.76 | $25,418.17 | $11,859.59 |
| 15 | SELECT PORTFOLIO SERVICING INC<br>»» 015 | Secured Creditors | $0.00 | $0.00 | $42,184.80 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,735.12 | Current Monthly Payment: | $1,866.67 |
| Paid to Claims: | $26,418.17 | Arrearages: | ($190.26) |
| Paid to Trustee: | $2,613.24 | Total Plan Base: | $108,945.00 |
| Funds on Hand: | $1,703.71 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.