**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-17238** |
| **Rodney K. Marshall** : | **Chapter 13** |
| **Colleen R. Marshall** : | **Judge Patricia M. Mayer** |
| : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | * |
| : | |
| **PNC Bank, National Association** : | **Date and Time of Hearing** |
| **Movant,** : | **Place of Hearing** |
| **vs** : | **September 14, 2021 at 10:00 a.m.** |
| : | |
| **Rodney K. Marshall** : | |
| **Colleen R. Marshall** : | |
| : | |
| **SCOTT F. WATERMAN (Chapter 13)** : | |
| **Respondents.** | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT PNC BANK,**
**NATIONAL ASSOCIATION TO FORECLOSE ON 82 HILLCREST RD, MAYTOWN,**
**PA 17550 (DOCUMENT NO. 55)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on August 20, 2021 at Document No. 55 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 4, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Adam B. Hall

Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

20-019466_EJS1

Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

20-019466_EJS1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-17238** |
| **Rodney K. Marshall** | : | **Chapter 13** |
| **Colleen R. Marshall** | : | **Judge Patricia M. Mayer** |
| | : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | * |
| | : | |
| **PNC Bank, National Association** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| vs | : | **September 14, 2021 at 10:00 a.m.** |
| | : | |
| **Rodney K. Marshall** | : | |
| **Colleen R. Marshall** | : | |
| | : | |
| **SCOTT F. WATERMAN (Chapter 13)** | : | |
| Respondents. | | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Certification of No Objection Regarding Motion for Relief from the Automatic Stay with 30-day waiver with the Court to permit PNC Bank, National Association to foreclose on 82 Hillcrest Rd, Maytown, PA 17550 was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

SCOTT F. WATERMAN (Chapter 13), Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com

KENNETH E. WEST, Attorney for Rodney K. Marshall and Colleen R. Marshall, Douglass West & Associates, 830 Lansdowne Avenue, Drexel Hill, PA 19026, dwabkty@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on ___September 9___, 2021:

Rodney K. Marshall and Colleen R. Marshall, 82 Hill Crest Road, Marietta, PA 17547

Rodney K. Marshall and Colleen R. Marshall, 82 Hillcrest Rd, Maytown, PA 17550

20-019466_EJS1

Select Portfolio Servicing, Inc., Att. Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165-0250

DATE: 09/09/2021 _____

/s/ Adam B. Hall

Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

20-019466_EJS1