# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 19-17238 |
| Rodney K. Marshall | : Chapter 13 |
| Colleen R. Marshall | : Judge Patricia M. Mayer |
| | : * * * * * * * * * * * * * * * * * |
| Debtor(s) | * |
| | : |
| PNC Bank, National Association | : Date and Time of Hearing |
| Movant, | : September 14, 2021 at 10:00 a.m. |
| vs | : |
| | : |
| Rodney K. Marshall | : Related Document # 57 |
| Colleen R. Marshall | : |
| | : |
| SCOTT F. WATERMAN (Chapter 13) | : |
| Respondents. | |

## ORDER OF THE COURT

AND NOW upon consideration of the Motion to Withdraw the Certification of No Objection of PNC Bank, National Association regarding the Real Property known as 82 Hillcrest Rd, Maytown, PA 17550, and for good cause shown, doc no. 57 is hereby withdrawn.

Date: 9/10/21

_____
PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY JUDGE

20-019466_EJS1