United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Rodney K. Marshall  
Colleen R. Marshall  
    Debtors

Case No. 19-17238-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Sep 10, 2021     Form ID: pdf900     Total Noticed: 9

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney K. Marshall, Colleen R. Marshall, 82 Hill Crest Road, Marietta, PA 17547-9126 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 10 2021 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 10 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2021 23:30:39 | LVNV Funding LLC, Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2021      Signature:     /s/Joseph Speetjens

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Sep 10, 2021 | Form ID: pdf900 | Total Noticed: 9

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|

ADAM BRADLEY HALL
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

JEROME B. BLANK
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION paeb@fedphe.com

KENNETH E. WEST
    on behalf of Debtor Rodney K. Marshall dwabkty@aol.com G6211@notify.cincompass.com

KENNETH E. WEST
    on behalf of Joint Debtor Colleen R. Marshall dwabkty@aol.com G6211@notify.cincompass.com

REBECCA ANN SOLARZ
    on behalf of Creditor Towd Point Mortgage Trust 2019-2 U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 19-17238 |
| **Rodney K. Marshall** | : | Chapter 13 |
| **Colleen R. Marshall** | : | **Judge Patricia M. Mayer** |
| | : | * * * * * * * * * * * * * * * * * |
| Debtor(s) | : | * |
| | : | |
| **PNC Bank, National Association** | : | Date and Time of Hearing |
| Movant, | : | September 14, 2021 at 10:00 a.m. |
| vs | : | |
| | : | |
| **Rodney K. Marshall** | : | Related Document # 57 |
| **Colleen R. Marshall** | : | |
| | : | |
| **SCOTT F. WATERMAN (Chapter 13)** | : | |
| Respondents. | | |

## ORDER OF THE COURT

AND NOW upon consideration of the Motion to Withdraw the Certification of No Objection of PNC Bank, National Association regarding the Real Property known as 82 Hillcrest Rd, Maytown, PA 17550, and for good cause shown, doc no. 57 is hereby withdrawn.

Date: 9/10/21

_____
PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY JUDGE

20-019466_EJS1