**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 19-17238 |
| **Rodney K. Marshall** | : Chapter 13 |
| **Colleen R. Marshall** | : Judge Patricia M. Mayer |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **PNC Bank, National Association** | : Date and Time of Hearing |
| Movant, | : September 28, 2021 at 10:00 a.m. |
| vs | : |
| | : Place of Hearing |
| **Rodney K. Marshall** | : 201 Penn Street, 4th Floor |
| **Colleen R. Marshall** | : Reading, PA 19601 |
| | : |
| **Scott F. Waterman, Trustee** | : Related Document # 55 |
| **Respondents.** | |

## PRAECIPE OF WITHDRAWAL OF MOTION FOR RELIEF
## (DOCKET NO. 55)

Now comes PNC Bank, National Association ("Creditor") by and through counsel, and hereby withdraws its Motion for Relief which was filed in this Court on August 20, 2021.

                                                                                  Respectfully submitted,

                                                                                  /s/ Adam B. Hall
                                                                         Adam B. Hall, Esquire (323867)
                                                                         Manley Deas Kochalski LLC
                                                                         P.O. Box 165028
                                                                         Columbus, OH  43216-5028
                                                                         Telephone: 614-220-5611
                                                                         Fax: 614-627-8181
                                                                         Attorneys for Creditor
                                                                         The case attorney for this file is Adam B. Hall.
                                                                          Contact email is abh@manleydeas.com

20-019466_SCS2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-17238** |
| **Rodney K. Marshall** : | **Chapter 13** |
| **Colleen R. Marshall** : | **Judge Patricia M. Mayer** |
| : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| : | |
| **PNC Bank, National Association** : | **Date and Time of Hearing** |
| Movant, : | **September 28, 2021 at 10:00 a.m.** |
| : | |
| vs : | |
| : | **Place of Hearing** |
| : | **201 Penn Street, 4th Floor** |
| **Rodney K. Marshall** : | **Reading, PA 19601** |
| **Colleen R. Marshall** : | |
| : | |
| : | **Related Document # 55** |
| **Scott F. Waterman, Trustee** : | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Praecipe of Withdrawal of Motion for Relief (Docket No. 55) was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com

Kenneth E. West, Attorney for Rodney K. Marshall and Colleen R. Marshall, 830 Lansdowne Avenue, Drexel Hill, PA 19026, dwabkty@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 21, 2021:

Rodney K. Marshall and Colleen R. Marshall, 82 Hill Crest Road, Marietta, PA 17547

Rodney K. Marshall and Colleen R. Marshall, 82 Hillcrest Rd, Maytown, PA 17550

Select Portfolio Servicing, Inc., Att. Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165-0250

20-019466_SCS2

DATE: __09/21/2021_____   /s/ Adam B. Hall

                                                Adam B. Hall, Esquire (323867)  
Manley Deas Kochalski LLC  
P.O. Box 165028  
Columbus, OH  43216-5028  
Telephone: 614-220-5611  
Fax: 614-627-8181  
Attorneys for Creditor  
The case attorney for this file is Adam B. Hall.  
Contact email is abh@manleydeas.com

20-019466_SCS2