UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :    CHAPTER 13
                                                :
RODNEY and COLLEEN MARSHALL                     :
        Debtor(s)                       :    NO. 19-17238 PMM

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE CLERK:

    Kindly withdraw my appearance on behalf of the debtor, in the above-referenced matter.

Date:  9/21/21

_____
KENNETH E. WEST, ESQUIRE
830 Lansdowne Avenue
Drexel Hill, PA  19026
610-446-9000

## PRAECIPE TO ENTER APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the debtor, in the above-referenced matter.

Date:  9/29/21

_____
ROBERT HOLBER, ESQUIRE
41 E. Front Street
Media PA 19063
610-565-5463