Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 19-17238-PMM**

Rodney K. Marshall  
Colleen R. Marshall  
82 Hill Crest Road  
Marietta  PA   17547

Petition Filed Date: 11/18/2019  
341 Hearing Date: 01/07/2020  
Confirmation Date: 10/01/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/23/2021 | $1,893.01 | | 06/01/2021 | $1,893.01 | | 07/26/2021 | $1,893.01 | |
| 09/17/2021 | $1,893.01 | | 10/18/2021 | $1,893.01 | | 11/29/2021 | $1,893.01 | |
| 12/28/2021 | $1,893.01 | | 01/26/2022 | $1,893.01 | | 03/01/2022 | $1,893.01 | |
| 04/04/2022 | $1,893.01 | | 05/06/2022 | $1,893.01 | | 06/07/2022 | $1,893.01 | |
| 07/29/2022 | $1,893.01 | | | | | | | |

**Total Receipts for the Period:  $24,609.13    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $51,558.23**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DOUGLASS WEST & ASSOCIATES | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 1 | BRANCH BANKING & TRUST CO »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $964.34 | $115.91 | $848.43 |
| 3 | AMERICAN INFOSOURCE LP »» 003 | Unsecured Creditors | $3,494.07 | $419.96 | $3,074.11 |
| 4 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $10,184.00 | $1,224.03 | $8,959.97 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $10,219.88 | $1,228.32 | $8,991.56 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $8,091.26 | $972.49 | $7,118.77 |
| 7 | PSECU »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PSECU »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | PSECU »» 009 | Unsecured Creditors | $19,995.05 | $2,403.21 | $17,591.84 |
| 10 | BECKET & LEE, LLP »» 010 | Unsecured Creditors | $2,452.63 | $294.78 | $2,157.85 |
| 11 | QUANTUM3 GROUP LLC as agent for »» 011 | Unsecured Creditors | $405.53 | $48.75 | $356.78 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 012 | Unsecured Creditors | $3,215.82 | $386.52 | $2,829.30 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC »» 013 | Unsecured Creditors | $750.00 | $90.14 | $659.86 |
| 14 | PNC BANK NA »» 014 | Mortgage Arrears | $37,277.76 | $37,277.76 | $0.00 |

**Chapter 13 Case No. 19-17238-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | SELECT PORTFOLIO SERVICING INC »» 015 | Secured Creditors | $0.00 | $0.00 | $42,184.80 |
| 0 | ROBERT H HOLBER ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $51,558.23 | Current Monthly Payment: | $1,866.67 |
| Paid to Claims: | $45,461.87 | Arrearages: | $5,120.01 |
| Paid to Trustee: | $4,354.79 | Total Plan Base: | $108,945.00 |
| Funds on Hand: | $1,741.57 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.