United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 19-17238-pmm
Rodney K. Marshall   Chapter 13
Colleen R. Marshall
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4   User: admin   Page 1 of 3
Date Rcvd: Dec 01, 2022   Form ID: pdf900   Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney K. Marshall, Colleen R. Marshall, 82 Hill Crest Road, Marietta, PA 17547-9126 |
| 14433785 | | PNC BANK, NATIONAL ASSOCIATION, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14427019 | | PNC Mortgage, B6-YM07-01-7, PO Box 1820, Att.: Customer Service Research, Dayton, OH 45401-1820 |
| 14427029 | + | Phelan Hallinan Diamond & Jones, LLP, One Penn Center at Suburban Station, 1617 JFK Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 14434063 | + | Towd Point Mortgage Trust 2019-2,, U.S. Bank National Association, c/o Rebecca A. Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 02 2022 00:24:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 02 2022 00:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14427014 | | Email/Text: bankruptcy@bbandt.com | Dec 02 2022 00:24:00 | BB&T Loan Services, MC: 100-50-02-57, PO Box 2306, Wilson, NC 27894-2306 |
| 14436041 | + | Email/Text: bankruptcy@bbandt.com | Dec 02 2022 00:24:00 | BB&T, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14427015 | | Email/PDF: MarletteBKNotifications@resurgent.com | Dec 02 2022 00:33:08 | Best Egg Personal Loans, 1523 Concord Pike, Wilmington, DE 19803-3653 |
| 14427016 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2022 00:33:11 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14437591 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 02 2022 00:33:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14448905 | | Email/PDF: bncnotices@becket-lee.com | Dec 02 2022 00:33:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14427017 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2022 00:24:00 | Comenity Bank/NewYork & Co., Bankruptcy Dept., PO Box 183043, Columbus, OH 43218-3043 |
| 14454740 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 02 2022 00:24:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14427018 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 02 2022 00:24:00 | Kohl's, N56W17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14481695 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2022 00:33:08 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14457805 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 02 2022 00:24:00 | PNC Bank, N.A., Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |

Case 19-17238-pmm   Doc 74   Filed 12/03/22   Entered 12/04/22 00:32:49   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 01, 2022 | Form ID: pdf900 | Total Noticed: 26 |

| 14555274 | Email/Text: amps@manleydeas.com | | |
|---|---|---|---|
| | | Dec 02 2022 00:24:00 | PNC Bank, National Association, c/o Karina Velter, Esq., Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14427020 | Email/Text: bankruptcynotices@psecu.com | | |
| | | Dec 02 2022 00:24:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14453600 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Dec 02 2022 00:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14437634 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 02 2022 00:33:07 | Resurgent Capital Services as servicing agent for, Best Egg, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14427021 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Dec 02 2022 00:24:00 | Select Portfolio Servicing, Inc., Att. Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14427022 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 02 2022 00:33:07 | Synchrony Bank - Ashley Furniture, Attn. Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 14427023 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 02 2022 00:33:12 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14457875 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Dec 02 2022 00:24:00 | Towd Point Mortgage Trust 2019-2, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding LLC, Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| ALYK L OFLAZIAN | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | |

District/off: 0313-4 User: admin Page 3 of 3
Date Rcvd: Dec 01, 2022 Form ID: pdf900 Total Noticed: 26

on behalf of Creditor Towd Point Mortgage Trust 2019-2  U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JEROME B. BLANK
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION jblank@pincuslaw.com

ROBERT H. HOLBER
    on behalf of Joint Debtor Colleen R. Marshall rholber@holber.com

ROBERT H. HOLBER
    on behalf of Debtor Rodney K. Marshall rholber@holber.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     Rodney K. Marshall <br>     Colleen R. Marshall <br><br>     Debtors | Chapter 13 <br><br> Bankruptcy No. 19-17238-PMM |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 1, 2022**

_Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE